UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO TRUJILLO CRUZ,<br><br>        Plaintiff,<br><br>    v.<br><br>CALDERON, et al.,<br><br>        Defendants. | Case No. 23-cv-05653-HSG<br><br>**ORDER GRANTING EXTENSION OF TIME TO RESPOND TO ORDER TO SHOW CAUSE**<br><br>Re: Dkt. No. 15 |

The Court GRANTS Plaintiff's request for an extension of time to respond to the Court's February 16, 2024 Order to Show Cause (Dkt. No. 14). Dkt. No. 15. Plaintiff shall file his response by April 23, 2024.

This order terminates Dkt. No. 15.

**IT IS SO ORDERED.**

Dated: 3/5/2024

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge