UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO TRUJILLO CRUZ,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CALDERON, et al.,<br><br>　　　　Defendants. | Case No. 23-cv-05653-HSG<br><br>**JUDGMENT** |

　　　For the reasons set forth in the Order of Dismissal, this action is DISMISSED without prejudice.  Judgment is entered in favor of Defendants and against Plaintiff.  The Clerk is directed to close the case.

　　　**IT IS SO ORDERED AND ADJUDGED.**

Dated:　10/3/2024

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge