UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO TRUJILLO CRUZ,<br>        Plaintiff,<br>v.<br>CALDERON, et al.,<br>        Defendants. | Case No. 23-cv-05653-HSG<br><br>**ORDER GRANTING EXTENSION OF TIME TO FILE NOTICE OF APPEAL**<br><br>Re: Dkt. No. 27 |

Plaintiff filed this *pro se* civil rights action pursuant to 42 U.S.C. § 1983. On August 28, 2024, the Court DENIED Plaintiff's requests for leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(g), and ordered him to pay the filing fee in full in order to proceed with this action. Dkt. No. 21. On October 3, 2024, the Court dismissed this action without prejudice for failure to pay the filing fee in full and entered judgment in favor of Defendants. Dkt. Nos. 25, 26. Plaintiff has filed a motion requesting leave to file a notice of appeal and requesting a copy of the appeal form. Dkt. No. 27. Plaintiff does not require leave of court to file a notice of appeal. The Court therefore construes this motion as requesting an extension of time to file a notice of appeal because Plaintiff lacks the necessary form. Pursuant to Fed. R. App. P. 4(a)(5)(B), the Court GRANTS Plaintiff an extension of time to November 18, 2024 to file his notice of appeal because Plaintiff has requested the extension of time prior to the expiration of time prescribed by Fed. R. App. P. 4(a), and has shown good cause. The Clerk is directed to send Plaintiff two copies of the notice of appeal form.

//

//

1   This order terminates Dkt. No. 27.

2   **IT IS SO ORDERED.**

3   Dated: 10/21/2024

4   _____
    HAYWOOD S. GILLIAM, JR.
5   United States District Judge